# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE MIRANT CORPORATION ) | CIVIL ACTION |
| ERISA LITIGATION ) | NO.: 1:03-CV-1027-RWS |
| ) | |
| _____) | |

## CONSENT ORDER EXTENDING TIME TO FILE
## ANSWER OR RESPONSIVE PLEADING ON BEHALF OF
## T. ROWE PRICE TRUST COMPANY

Plaintiffs and Defendant T. Rowe Price Trust Company, having consented to the entry of this Order, and for good cause shown, it is hereby ordered that the deadline for Defendant's filing of an answer or responsive pleading to the Consolidated ERISA Complaint is hereby extended up to and including December 19, 2003.

So Ordered this ___ day of December 2003.

Richard W. Story
United States District Judge

CONSENTED TO ON DECEMBER 1, 2003 BY:

*Joshua A. Millican* by DT w/ express permission

Joshua A. Millican
Georgia Bar No. 508998
LAW OFFICE OF
JOSHUA A. MILLICAN, P.C.
The Grant Building, Suite 400
44 Broad Street N.W.
Atlanta, GA 30303
Telephone: (404) 221-1555
Facsimile: (404) 221-0914

William A. Clineburg, Jr.
Georgia Bar No. 170550
David Tetrick, Jr.
Georgia Bar No. 713653
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA 30303
Telephone: (404) 572-4600
Facsimile: (404) 572-5134

Counsel for Defendant
T. Rowe Price Trust Company

Richard S. Schiffrin
Joseph H. Meltzer
Edward W. Ciolko
Gerald D. Wells, III
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Alfred G. Yates, Jr.
Gerald L. Rutledge
LAW OFFICES OF ALFRED G. YATES,
JR., P.C.
519 Allegheny Building
529 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-5164
Facsimile: (412) 471-1033

Lynn Sarko
Derek Loeser
Gary Gotto
KELLER ROHRBACK, LLP
1201 Third Avenue
Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Counsel for Plaintiffs