RECEIVED IN CLERK'S OFFICE
U.S.D.C.
APR 1 4 2004
LUTHER ..., Clerk
By: Deputy Clerk

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
APR 2 1 2004
LUTHER D. THOMAS, Clerk
By: Deputy Clerk

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IN RE MIRANT CORPORATION ERISA LITIGATION | ) ) ) ) ) ) ) | Civil Action No. 1:03-CV-1027-RWS |

## CONSENT ORDER TO EXTEND RESPONSE DEADLINES

Both Plaintiffs and Defendant T. Rowe Price Trust Company, Inc. having consented to the entry of this Order, and for good cause shown, it is hereby ORDERED that the deadline for Plaintiffs to respond to Defendant T. Rowe Price Trust Company', Inc.'s Motion for Judgment on the Pleadings is hereby extended up to and including May 5, 2004. Defendant shall have up to and including May 26, 2004, to reply thereto.

SO ORDERED this _21st_ day of _April_, 2004.

_____
Richard W. Story
UNITED STATES DISTRICT JUDGE

85

Consented to on April 14, 2004, by:

*[signature: Joshua Millican]*

Joshua A. Millican
Georgia Bar No. 508998
**LAW OFFICE OF JOSHUA A. MILLICAN**
The Grant Building, Suite 400
44 Broad Street N.W.
Atlanta, GA 30303
Telephone: (404) 221-1555
Facsimile: (404) 221-0914

*[signature: Meltzer]*

(with express permission by Joshua A. Millican)
Richard S. Schiffrin
Joseph H. Meltzer
Edward W. Ciolko
Gerald D. Wells, III
**SCHIFFRIN & BARROWAY, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Alfred G. Yates, Jr.
Gerald L. Rutledge
**LAW OFFICES OF ALFRED G. YATES, JR., P.C.**
519 Allegheny Building
529 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-5164
Facsimile: (412) 471-1033

*[signature: Daniel Klein]*

(with express permission by Joshua A. Millican)
Daniel M. Klein
Georgia Bar No. 425037
**BUCKLEY & KLEIN, LLP**
1180 West Peachtree Street, Suite 1100
Atlanta, GA 30309
Telephone: (404) 781-1100
Facsimile: (404) 781-1101

James P. Baker
Heather L. Reinschmidt
**ORRICK HARRINGTON & SUTCLIFFE, LLP**
400 Sansome Street
San Francisco, CA 94111
Telephone: (415) 392-1122
Facsimile: (415) 773-5759

**Counsel for Defendant T. Rowe Price Trust Company, Inc**

Lynn Lincoln Sarko
Derek W. Loeser
**KELLER ROHRBACK**
1201 Third Avenue, Suite 3200
Seattle, WA 98101

Gary Gotto
**KELLER ROHRBACK**
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

This is to certify that I have this 14th day of April, 2004, served a copy of the within and foregoing **Consent Order To Extend Response Deadlines** by U.S. Mail properly addressed upon the following counsel of record:

| | |
|---|---|
| Richard S. Schiffrin<br>Joseph H. Meltzer<br>Edward W. Ciolko<br>Gerald D. Wells, III<br>**SCHIFFRIN & BARROWAY, LLP**<br>Three Bala Plaza East, Suite 400<br>Bala Cynwyd, PA 19004<br><br>Alfred G. Yates, Jr.<br>Gerald L. Rutledge<br>**LAW OFFICES OF ALFRED G. YATES, JR., P.C.**<br>519 Allegheny Building<br>529 Forbes Avenue<br>Pittsburgh, PA 15219<br><br>Lynn Lincoln Sarko<br>Derek W. Loeser<br>**KELLER ROHRBACK**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br><br>Gary Gotto<br>**KELLER ROHRBACK**<br>3101 North Central Avenue, Suite 900<br>Phoenix, AZ 85012<br><br>**Counsel for Plaintiffs** | H. Douglas Hinson<br>Michael Monnolly<br>**ALSTON & BIRD LLP**<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br><br>**Counsel for Defendants Mirant Corporation, Americas Benefits Committee, Qualified Plans Investment Review Committee, A.W. Dahlberg, A.D. Correll, Stuart E. Eizenstat, Carlos Ghosn, William J. Hjerpe, David S. Lesar, James F. McDonald, Ray M. Robinson, S. Marce Fuller, Vance Booker, Richard J. Pershing, Michael L. Smith, Dianne W. Davenport, Raymond D. Hill, and James A. Ward**<br><br>James P. Baker<br>Heather L. Reinschmidt<br>**ORRICK HARRINGTON & SUTCLIFFE, LLP**<br>400 Sansome Street<br>San Francisco, CA 94111<br><br>Daniel M. Klein<br>**BUCKLEY & KLEIN, LLP** |

|  | 1180 West Peachtree Street, Suite 1100<br>Atlanta, GA 30309<br><br>**Counsel for Defendant T. Rowe Price Trust Company, Inc.** |

*[signature]*

Joshua A. Millican