**ORIGINAL**

FILED IN CHAMBERS
RICHARD W. STORY
U.S.D.C. Atlanta

JUN 1 0 2004

LUTHER D. THOMAS, Clerk
By: _____
     Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE MIRANT CORPORATION ERISA LITIGATION ) ) ) ) ) | CIVIL ACTION NO.:1:03-CV-1027-~~BBM~~ *RWS* |

## ORDER

This case is before the Court on T. Rowe Price Trust Company, Inc.'s Motion for Leave to Exceed the Page Limitations of Local Rule 7.1(D). For good cause shown, T. Rowe Price Trust Company, Inc.'s request to file a Reply Memorandum in Support of their Motion for Judgment on the Pleadings not to exceed thirty (30) pages, is GRANTED.

SO ORDERED this the __10th__ day of __June__, 2004.

_____
UNITED STATES DISTRICT JUDGE

DOCSSF1:749792.1
9725-8 H2R

