# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE MIRANT CORPORATION ERISA LITIGATION | CIVIL ACTION NO.: 1:03-CV-1027-RWS |
| THIS DOCUMENT RELATES TO: All Actions | |

## CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD OF CASE CONTRIBUTION AWARDS TO CLASS REPRESENTATIVES

1.  Keller Rohrback, LLP, Schiffrin & Barroway LLP, and Liaison Counsel (collectively, "Class Counsel"), as well as Settlement Class Representatives Greg Waller, Sr. and James Brown through their Counsel, in compliance with the Court's Order Certifying a Class for Settlement Purposes and Preliminarily Approving Proposed Settlement in this action and with Rule 23 of the Federal Rules of Civil Procedure and the requirements of due process, request that the Court enter an Order:

   a.  Awarding Class Counsel attorneys' fees in the amount of 30% of the Settlement Fund recovered for the benefit of the Class;

        b.    Reimbursing Class Counsel $52,891.82 in expenses advanced by them to the Class as reasonable and necessary expenses of litigation; and

        c.    Awarding Settlement Class Representatives Greg Waller, Sr. and James Brown $2,000 each to in recognition of the time and effort they have invested as Settlement Class Representatives for the benefit of the Class.

2.    Through the efforts of Class Counsel and the Settlement Class Representatives, Plaintiffs achieved an excellent result for the Class that includes a $9.7 million cash payment to the Mirant Services Employee Savings Plan and the Mirant Services Bargaining Unit Employee Plan (collectively, the "Plans") for the benefit of its participants and beneficiaries.

3.    Each of these requests is fully supported by the record and controlling Eleventh Circuit authority regarding compensation of counsel and class representatives in class action cases of this type and magnitude.

4.    The grounds for granting this motion are more fully set out in Plaintiffs' supporting brief, which is filed herewith. In summary, the requested fee award is fair and reasonable based upon each of the 12 factors set forth in *Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974): (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill requisite to perform the legal service properly; (4) the preclusion of other employment by the attorneys due to acceptance of the case; (5) the customary fee; (6) whether the fee is

fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases; as well as the additional factors courts in the Eleventh Circuit may consider in awarding a percentage fee award: (1) the time required to reach a settlement; (2) whether there are any substantial objections by class members or other parties to the settlement terms or the fees requested by counsel; (3) any non-monetary benefits conferred upon the class by the settlement; and (4) the economics involved in prosecuting a class action. *Camden I Condo. Ass'n, Inc. v. Dunkle*, 946 F.2d 768, 775 (11th Cir. 1991). In addition, the expenses for which Class Counsel seek reimbursement from the common fund created by the Settlement were reasonably incurred for the benefit of the Class in prosecuting the Class's claims and in obtaining the Settlement, including expenses incurred in connection with experts and consultants, travel and other litigation-related expenses. Furthermore, the Settlement Class Representatives should be awarded compensation for the time and effort they have invested for the benefit of the Class, including providing information to Class Counsel, reviewing and approving pleadings, assisting with discovery, and participating in settlement discussions.

WHEREFORE, Plaintiffs respectfully request that this Court award Class Counsel attorneys' fees, reimburse Class Counsel for expenses, and award the

Settlement Class Representatives compensation in the amounts requested. A proposed Order is filed herewith.

Respectfully submitted this 6th day of November 2006.

By: _s/ Joshua A. Millican_____
Joshua A. Millican
**LAW OFFICE OF JOSHUA A. MILLICAN**
Georgia Bar No.: 508998
The Grant Building, Suite 400
44 Broad Street, NW
Atlanta, Georgia 30303
Telephone: (404) 221-1555
Facsimile: (404) 221-0914
Email: joshua.millican@lawofficepc.com


By: _s/ Lynn Lincoln Sarko_____
Lynn Lincoln Sarko
Derek W. Loeser
Gary A. Gotto
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Seattle, Washington 98101
Telephone: (206) 623-1900  (Seattle)
Telephone: (602) 248-0088  (Phoenix)
Facsimile:  (206) 623-3384  (Seattle)
Facsimile:  (602) 248-2822  (Phoenix)
Email: lsarko@kellerrohrback.com
Email: dloeser@kellerrohrback.com
Email: ggotto@kellerrohrback.com

Joseph H. Meltzer
Gerald D. Wells, III
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: jmeltzer@sbclasslaw.com
Email: gwells@sbclasslaw.com

**Counsel for Plaintiffs**

## **LOCAL RULE 7.1 (D) CERTIFICATION**

Counsel for Plaintiffs hereby certifies that the test of this document has been prepared with Times New Roman 14 point, one of the fonts and point selections approved by the Court in Local Rule 5.1 (B).

By: _s/ Lynn Lincoln Sarko_____
Lynn Lincoln Sarko

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Seattle, Washington 98101
Telephone: (206) 623-1900  (Seattle)
Telephone: (602) 248-0088  (Phoenix)
Facsimile:  (206) 623-3384  (Seattle)
Facsimile:  (602) 248-2822  (Phoenix)
Email:  lsarko@kellerrohrback.com
**Counsel for Plaintiffs**

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this 6th day of November, electronically filed CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD OF CASE CONTRIBUTION AWARDS TO CLASS REPRESENTATIVES with the Clerk of Court using CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

> H. Douglas Hinson      -      dhinson@alston.com
> Michael G. Monnolly    -      mmonnolly@alston.com
> James P. Baker         -  -   jpbaker@jonesday.com

> By: s/ Lynn Lincoln Sarko
> Lynn Lincoln Sarko
> KELLER ROHRBACK L.L.P.
> 1201 Third Avenue, Suite 3200
> Seattle, WA 98101-3052
> Telephone: (206) 623-1900 (Seattle)
> Telephone: (602) 248-0088 (Phoenix)
> Facsimile:  (206) 623-3384 (Seattle)
> Facsimile:  (602) 248-2822 (Phoenix)
> Email:  lsarko@kellerrohrback.com
>
> **Counsel for Plaintiffs**